UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND,
LOCAL 210 PENSION FUND, LOCAL 210
SCHOLARSHIP AND EDUCATION FUND,
AND LOCAL 210 ANNUITY FUND,

**AFFIDAVIT OF SERVICE**

Plaintiffs,

**DOCKET NO.** 06-CV- 7189

-against-

GUILD PLATERS, INC. and ROBERT ANDRIS,

Defendants.
------------------------------------------------------------X

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NEW YORK    )

A. Nancy Rivera, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Jersey City, New Jersey.

On August 15, 2007, I served a true copy of summons and complaint by mailing the same, via first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

    To: Guild Platers, Inc.
        195 Duke Street
        Louisa, Virginia 23093

        Robert Andris
        3645 Worchester Lane
        Keswick, Virginia 22947

        Robert Andris
        195 Duke Street
        Louisa, Virginia 20393

_____
Nancy Rivera

Sworn to before me this
15nd Day of August, 2007

_____
NOTARY PUBLIC

IRA A. STURM
Notary Public, State of New York
No. 30-4722707
Qualified in Nassau County
Commission Expires March 30, 2010