UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 PENSION FUND, LOCAL 210     :
SCHOLARSHIP AND EDUCATION FUND        :    Index No.: _____
AND LOCAL 210 ANNUITY FUND,           :
                                      :
                    Plaintiffs,       :
                                      :    **AFFIDAVIT OF CONFESSION**
        -against-                     :    **OF JUDGMENT**
                                      :
ROBERT ANDRIS,                        :
                                      :
                    Defendant.        :
----------------------------------------------------------------X

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      Robert Andris, an individual over the age of eighteen, being duly sworn, deposes and says; that deponent is the defendant herein.

      The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $209,448.00

      Defendant resides at 3645 Worchester Lane, Keswick, Virginia, 22947 in the County of Albemarle, State of Virginia. Defendant authorizes entry of judgment in the United States District Court, Southern District of New York or New York Supreme Court of Queens County, New York, if said residence address is not in new York State, or such other court, State or Federal, in the State of Virginia.

      This confession of judgment is for a debt justly due to the plaintiff arising from the following facts.

      Guild Platers, Inc., party to a collective bargaining agreement with Local 210 International Brotherhood of Teamsters, owes fringe benefit contributions pursuant to said agreement and ERISA in the amount confessed above. Defendant, as President of the company, agrees to be personally liable for the debt.

      This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payment whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.

                                                                  _____
                                                                  Robert Andris

Sworn before me this
28th day of September 2006

_____
NOTARY PUBLIC

ARI GANCHROW
Notary Public, State of New York
No. 02GA6129583
Qualified in New York County
Commission Expires June 27, 2009