UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 PENSION FUND, LOCAL 210 :
SCHOLARSHIP AND EDUCATION FUND, :
AND LOCAL 210 ANNUITY FUND, :
: **07 Civ. 7189(VM)**
Plaintiffs, :
: **DEFAULT JUDGMENT**
-against- :
:
GUILD PLATERS, INC. & :
ROBERT ANDRIS :
:
Defendant. :
------------------------------------------------------------X

This action having been commenced on August 13, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants Guild Platers Inc. and Robert Andris, on August 16, 2007 by first class mail, and a proof of service having been filed on October 8, 2007 and defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgement against defendants jointly and severally, in the liquidated amount of $200,448.00 with interest at _____% from _____ amounting to $_____ plus costs and disbursements of this action in the amount $350.00, amounting in all to $_____.

Dated: New York, New York

_____

_____
U.S.D.J

This document was entered on the docket on_____.