UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND, :
LOCAL 210 PENSION FUND, LOCAL 210      :
SCHOLARSHIP AND EDUCATION FUND,      :
AND LOCAL 210 ANNUITY FUND,      :

                 :             **07 Civ. 7189 (VM)**

             Plaintiffs,     :

                 :             **CLERK'S CERTIFICATE**

   -against-                  :

                 :

GUILD PLATERS, INC. &               :
ROBERT ANDRIS                  :

                 :

             Defendant.    :
-------------------------------------------------------------------X

       I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the

Southern District of New York, do hereby certify that this action commenced on August 13, 2007

with the filing of a summons and complaint, a copy of the summons and complaint was served

on defendants by serving Guild Platers Inc. and Robert Andris by regular mail on August 15,

2007, and proof of such service thereof was filed on October 8, 2007.

       I further certify that the docket entries indicate that the defendant have not filed

answers or otherwise moved with respect to the complaint herein. The defaults of the defendants

are hereby noted.

Dated: New York, New York
        October 17, 2007

                                     **J. MICHAEL MCMAHON**
                                     Clerk of the Court

                         By: _____
                                  Deputy Clerk