UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND,
LOCAL 210 PENSION FUND, LOCAL 210
SCHOLARSHIP AND EDUCATION FUND,
AND LOCAL 210 ANNUITY FUND,

                                             Plaintiffs,

-against-

GUILD PLATERS, INC. and ROBERT ANDRIS,

                                             Defendants.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

DOCKET NO. 06-CV-7189

STATE OF NEW YORK    )
                              )ss:
COUNTY OF NEW YORK  )

    Tara Zamboli, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Bronx, New York.

    On October 19, 2007, I served a true copy of the Affidavit in Support of Default, by mailing the same, via first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

        To: Guild Platers, Inc.
             195 Duke Street
             Louisa, Virginia 23093

           Robert Andris
           195 Duke Street
           Louisa, Virginia 20393

                                                        Tara Zamboli

Sworn to before me this
19th Day of October, 2007

_____
NOTARY PUBLIC

       ARI GANCHROW
Notary Public, State of New York
      No. 02GA6129583
  Qualified in New York County
Commission Expires June 27, 2009