SAMSERV, INC. PROCESS SERVICE 140 C_____ N STREET BROOKLYN NY 11201 (718) 875-1133 LICENSE # 0929611         39662

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND,
LOCAL 210 PENSION FUND, LOCAL 210
SCHOLARSHIP AND EDUCATION FUND,
AND LOCAL 210 ANNUITY FUND,

                         Atty : RAAB
      **Plaintiffs,**         Index # 07 CIV 7189
                        D.O.P. 08-13-07
  -against-                   AFFIDAVIT OF SERVICE

GUILD PLATERS, INC. and ROBERT ANDRIS,

                **Defendants.**
-----------------------------------------------------------------X
STATE OF NEW YORK
COUNTY OF KINGS

_MICHAEL ROTH_ residing in _ALBANY COUNTY_, being duly sworn, deposes and states that I am over the age of eighteen years, is not a party to this action, and has personal and firsthand knowledge of all matters stated herein.
    That on the _4TH_ day of _OCTOBER_, 2007, at approximately the time of _8:25_ am at 41 State Street, Albany, New York deponent served the within
_X_ SUMMONS IN A CIVIL ACTION AND COMPLAINT _
with index #/date endorsed thereon on _ GUILD PLATERS, INC. _ defendant, a DOMESTIC CORPORATION, by delivering thereat two true copy of each to
_MS. DONNA CHRISTIE_ personally, deponent knew said Corporation so served to be the Corporation, described in same as said defendant and thereof to accept knew said individual to be the designated clerk for the Secretary of the State of New York
The description of the individual I served is as follows:
__Male _X_Female
_X_White Skin __Black Skin __Yellow Skin __Brown Skin __Red Skin
__Black Hair __Brown Hair _X_Blonde Hair __Gray Hair __Red Hair __White Hair
__Balding __Mustache __Beard __Glasses
__14-20Yrs __21-34Yrs _X_35-50Yrs __51-60Yrs __Over 60Yrs
_X_Under 5'0" __5'0"-5'3" __5'4"-5'8" __5'9"-6'0" __Over 6'0"
__Under 100Lbs _X_100-130Lbs __131-160Lbs __161-200Lbs __Over 200Lbs

**Mailing:** On _OCTOBER 8TH , 2007_
Pursuant to Section 306 of the Business Corporation Law and Section 3215 of the CPLR, I served an additional copy of the papers stated herein by regular mail to:
_ 48-09 25TH AVENUE, LONG ISLAND CITY, N.Y. 11103 _ together with a notice that service was made on the Secretary of State, Section 306 of the Business Corporation Law.

Sworn to before me this
_9th_ day of _Oct_____, 2007.

WILLIAM MLOTOK
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011