# RAAB, STURM & GOLDMAN, LLP

COUNSELORS AT LAW

317 MADISON AVENUE, SUITE 1708

NEW YORK, N.Y. 10017

(212) 683-6699

FAX (212) 779-8596

RONALD RAAB*
IRA A. STURM**
RONALD A. GOLDMAN

*ADMITTED NY, NJ AND FLA
**ADMITTED NY AND FLA
°ADMITTED IN NY AND NJ
°°ADMITTED IN NY AND CT

MAURA E. BREEN°°
ARI D. GANCHROW°
MICHAEL GEFFNER
NANCY STRASFELD*

September 26, 2007

Guild Platers, Inc.
48-09 25th Avenue
Long Island city, New York 11103

Guild Platers, Inc.
195 Duke Street
Louisa, Virginia 23093

Robert Andris
195 Duke street
Louisa, Virginia 23093

Re:  Local 210 Health and Insurance Fund, et al.
     v. Guild Platers, Inc, et al.
     S.D.N.Y. Docket Number 07-CV-7189

To Guild Platers, Inc. and Robert Andris:

Please be advised that as a result of your collective failures to file answers you are in default in connection with the claims raised in the above captioned matter. Unless answers are filed within five days of your receipt of this letter, I will ask the Court to enter default judgments against Guild Platers, Inc. and Robert Andris.

Very truly yours,

Ira A. Sturm

cc:  George Miranda
     Kevin McCulloch